# Exhibit "A"



COLLECTION BUREAU OF THE HUDSON VALLEY, INC.

| CBHV Reference #: | Total Balance: |
|---|---|
| 170822791 | $97.59 |

**DATE: 03/25/17**

Please write your CBHV Reference # on your check.

Change of Address ☐

(fill out on reverse side)

1 MB   *A-01-W7Z-AM-10006-34

LEE WARD
3296 N CENTRAL ST
KINGMAN AZ 86401-3744

Please send correspondence to this address.

CBHV
PO BOX 831
NEWBURGH NY 12551-0831

▲   DETACH HERE   ▲

Dear LEE WARD:

This past due account has been placed for collection.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

Please see reverse side for important information.

| Creditor | Account Number | CBHV Reference # | Transaction Date | Service Balance | Equipment Balance | Total Balance |
|---|---|---|---|---|---|---|
| SUDDENLINK | 026441201 | 170822791 | 02/16/17 | $97.59 | $0.00 | $97.59 |



**Phone or Web Payment**

For inquiries or to make a payment by phone, please call
MRS LAWSON at (888) 913-7405 or (646) 802-0513.
To make a secure payment online, please visit
www.cbhv.com/make-online-payment



Collection Bureau of the Hudson Valley, Inc. - Address and Office Hours (Eastern Time):

PO Box 831 • 155 North Plank Road • Newburgh, NY 12550
Monday through Thursday: 8:30 AM – 9:00 PM • Friday: 8:30 AM – 5:00 PM • Saturday: 8:30 AM – 12:30 PM
Phone: (845) 561-6880 • (800) 745-1395 • Fax: (845) 913-7403

*Member of ACA International Since 1975*

IF ANY OF THE FOLLOWING HAS CHANGED, PLEASE INDICATE AND RETURN:

Your name: _____   Home Phone _____
Street: _____   Business Phone _____
City: _____   State _____ Zip _____
Employer _____

Method of Payment (check one)            Insurance Co. _____
Check Enclosed _____ Visa _____        Address _____
MasterCard _____                     Group # _____ ID# _____
Acct # _____              Effective Date: _____
Expiration Date: _____/_____             Subscriber: _____
Charge Amount: _____            Subscriber SS#: _____

Signature _____

There is a $20.00 fee for returned checks.

**THIS IS AN ATTEMPT TO COLLECT A DEBT BY A DEBT COLLECTOR AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**