# EXHIBIT "B"

EXHIBIT "B"

